SO ORDERED: July 22, 2022.



**Andrea K. McCord**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| WILLIAM MADDEN | } | CASE NO. 19-90378-AKM-13 |
| TIA WILFONG | } | |
|     Debtors | } | |

### ORDER GRANTING DEBTORS MOTION TO INCUR DEBT

The Court has been advised the debtors propose to purchase real estate to use as their primary residence located at 274 E Seaton Hill Rd, Grantsburg, Indiana 47123. The terms of the purchase are as follows:

Primary Residential Mortgage, Inc
Amount to be financed / principal balance: $52,040.00
Interest rate: Fixed 6.75%
Estimated principal and interest payment: $337.53
Estimated taxes and insurance: $136.00
Term of loan:  360 months
Estimated maturity date: July 2052

It is ordered that the Motion to Incur Debt is hereby granted.

.###